**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Deran,<br><br>              Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>              Defendant. | No. CV-25-08144-PCT-JJT<br><br>**ORDER** |

At issue are the Complaint (Doc. 1) and Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) filed by Jeanette Deran, who is not an attorney admitted to practice in this Court and instead identifies herself as an advocate for Alvaro Dinis, whose claim for social security disability benefits was denied and who is now deceased.

A request to proceed *in forma pauperis*—that is, without paying the Court's filing fee—is made by and on behalf of the person filing the lawsuit and not by or on behalf of a deceased person. The information contained in the Application (Doc. 2) is inapplicable to Ms. Deran, who filed this lawsuit, and the Court must therefore deny the Application.

Ms. Deran's filing of this lawsuit also suffers a more fundamental problem. Although a non-lawyer of good character, necessary qualifications, and competence may represent a claimant in administrative proceedings within the Social Security Administration under 42 U.S.C. § 406, that recognition does not extend to court proceedings. In federal court, "[a]lthough a non-attorney may appear *in propria persona*

in [her] own behalf, that privilege is personal to [her]," and she "has no authority to appear as an attorney for others than [herself]." *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987) ("Put differently, is [the plaintiff], in conducting the litigation, the real party in interest? It is clear that [she] is not." (internal citation omitted)). For this reason, Plaintiff has no standing to bring this lawsuit, and the Court must dismiss it. An attorney representing Mr. Dinis's estate may be able to bring an appeal of any final denial of Mr. Dinis's application for social security disability benefits.

**IT IS THEREFORE ORDERED** denying the Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2).

**IT IS FURTHER ORDERED** dismissing this case for lack of standing. The Clerk of Court shall close this case.

Dated this 11th day of July, 2025.

Honorable John J. Tuchi
United States District Judge